# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KENNETH SALLEN, | |
| Movant, | CASE NO.: 4:22-cr-172 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

Respondent has moved to dismiss Movant Kenneth Sallen's ("Sallen") 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence.  Doc. 41.  The Court **ORDERS** Sallen to file any objections to Respondent's motion for dismissal or to otherwise inform the Court of his decision not to object to Respondent's Motion to Dismiss within 14 days of the date of this Order.  If Sallen does not respond to Respondent's Motion within 14 days, the Court will determine there is no opposition to the Motion, may grant the Motion as unopposed, and will deem Sallen to have failed to follow a Court Order.

**SO ORDERED**, this 3rd day of January, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA